No. 78–6770.   CARLTON *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 78–6775.   BOYCE *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 78–6776.   PAPADAKIS *v.* SECRETARY OF HEALTH, EDUCATION, AND WELFARE.   C. A. 2d Cir.   Certiorari denied.

No. 78–6778.   WASHINGTON *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 78–6779.   CHAFFIN *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 78–6781.   MENDENHALL *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 78–6782.   BRYAN *v.* UNITED STATES ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 78–6783.   DECKER *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 78–6785.   SILO *v.* WARDEN, HOLMESBURG PRISON, ET AL. C. A. 3d Cir.   Certiorari denied.

No. 78–6786.   JORDAN *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN.   C. A. 6th Cir. Certiorari denied.

No. 78–6787.   PETITO *v.* HARRIS, CORRECTIONAL SUPERINTENDENT, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 78–6789.   INMAN *v.* INDIANA.   Sup. Ct. Ind.   Certiorari denied.

No. 78–6790.   HERNANDEZ ET AL. *v.* GOVERNMENT OF THE CANAL ZONE.   C. A. 5th Cir.   Certiorari denied.